# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### Camden Vicinage

| | |
|---|---|
| ELIZABETH ROACH,<br><br>                  Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, JOHN DOE (1-10) FICTITIOUS NAMES, and JOHN DOE, INC. (1-10) FICTITIOUS NAMES,<br><br>                  Defendants. | CIVIL ACTION NO. 1:23-cv-02210-RMB-EAP<br><br>**NOTICE OF MOTION TO DISMISS THE INSURANCE FAIR CONDUCT ACT CLAIM IN PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**Motion Day: July 3, 2023** |

To:    All Counsel of Record via ECF

**PLEASE TAKE NOTICE** that on July 3, 2023 or as soon thereafter as counsel may be heard, Defendant Allstate Insurance Company ("Defendant") will move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, Room 1050, 4th & Cooper Streets, Camden, New Jersey 08101, pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an Order dismissing Plaintiff's Insurance Fair Conduct Act Claim for Failure to State a Claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendant shall rely upon the enclosed Memorandum of Law in Support of the

Motion, Declaration of Jeffrey A. Carr, Esq. and exhibits attached thereto, any further briefing, and arguments that may be presented to the Court at any hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

Respectfully submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ *Jeffrey A. Carr*
Jeffrey A. Carr
301 Carnegie Center, Suite 400
Princeton, NJ  08543-5276
Telephone: (609) 452-0808
*Counsel for Allstate Insurance Company*

Dated:  May 31, 2023