[Docket No. 22]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ELIZABETH ROACH,<br><br>  Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>  Defendant. | Civil Action No. 23-02210 (RMB/EAP)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon a Motion to Dismiss the First Amended Complaint filed by Defendant Allstate Insurance Company ("**Allstate**") pursuant to Federal Rule of Civil Procedure 12(b)(6), [Docket No. 22]; and the Motion having been opposed by Plaintiff Elizabeth Roach ("**Plaintiff**"), [Docket No. 29]; and the Court having carefully considered the parties' submissions without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1(b); and for the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **14th** day of **August 2024**, hereby:

1. **ORDERED** that Allstate's Motion to Dismiss [Docket No. 22] is **GRANTED**; and it is further

2. **ORDERED** that Plaintiff's bad faith claim under common law, [Count I, First Am. Compl. ¶¶ 42–51, Docket No. 18], is **DISMISSED**, **WITHOUT PREJUDICE**; and it is further

3. **ORDERED** that Plaintiff's bad faith claim under the New Jersey Insurance Fair Conduct Act, N.J. Stat. Ann. § 17:29BB-1, *et seq.*, [Count II, First Am. Compl. ¶¶ 52–70], is **DISMISSED**, **WITH PREJUDICE**; and it is finally

4. **ORDERED** that, within twenty-one (21) days of today's date, Plaintiff may file a motion to amend the First Amended Complaint if she can demonstrate, in good faith, that further amendment is not futile.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
