OLIVER T. BARRY, ESQUIRE
Attorney ID # 082282013
BARRY, CORRADO & GRASSI, P.C.
2700 Pacific Avenue
Wildwood, New Jersey 08260
(P) (609) 729-1333 (F) (609) 522-4927
obarry@capelegal.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| ELIZABETH ROACH,<br>      Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>JOHN DOE (1-10) FICTITIOUS<br>NAMES, JOHN DOE, INC. (1-10)<br>FICTITIOUS NAMES,<br>      Defendant. | CIVIL ACTION NO.: 1:23-cv-02210-RMB-EAP<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY stipulated and agreed that COUNT I – Common Law Bad Faith claim against Allstate Insurance Company is voluntarily dismissed with prejudice with no fees or costs.

BARRY, CORRADO & GRASSI, P.C.
Attorneys for plaintiff

_/s/ Oliver T. Barry_
Oliver T. Barry, Esquire
Dated: 8/28/24

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorneys for defendants

_/s/ Jeffrey A. Carr_
Jeffrey A. Carr, Esquire
Dated: 8-30-24