UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Full Caption in District Court: | Docket No.: 23-cv-02210-RMB-EAP |
| ELIZABETH ROACH | |
| (Plaintiff) | Judge: The Honorable Renée Marie Bumb, United States District Judge |
| v. | |
| ALLSTATE INSURANCE COMPANY, JOHN DOE (1-10) FICTITIOUS NAMES, JOHN DOE, INC. (1-10) FICTITIOUS NAMES | **Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** |
| (Defendant) | |

Notice is hereby given that Elizabeth Roach appeals to the United States Court of Appeals for the Third Circuit from an order Dismissing Plaintiff's Complaint for Failure to State a Claim (Documents 31 and 32) of the United States District Court, District of New Jersey, entered in this action on August 14, 2024.

Dated: September 9, 2024

_____
Oliver T. Barry, Esquire
Appellant
Barry, Corrado & Grassi, P.C.
2700 Pacific Avenue
Street
Wildwood, NJ 08260
City, State, Zip
609-729-1333
Telephone