## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2687

Elizabeth Roach v. Allstate Insurance Co, et al

(U.S. District Court No.: 1:23-cv-02210)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   April 24, 2025
SB/cc:   Oliver T. Barry, Esq.
Jeffrey A. Carr, Esq.
Kristin H. Jones,
Melissa E. Rhoads,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate